REDACTED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08- **79** |
| Plaintiff, : | |
| v. : | |
| : | |
| DONOVAN ANTHONY LIVINGSTON, : | |
| : | |
| Defendant. : | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about January 20, 2008, in the State and District of Delaware, DONOVAN ANTHONY LIVINGSTON, defendant herein, an alien and citizen of Jamaica, was found in the United States and was knowingly in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about November 11, 1995, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border Transportation, Department of Homeland Security, had expressly consented to the defendant's reapplication for admission, in violation of Title 8, United States Code, Sections 1326(a) & (b).

A TRUE BILL:

_____    _____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: /s/ Seth M. Beausang
Seth M. Beausang
Assistant United States Attorney
Dated: May 15, 2008.