## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 08- 7 9 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DONOVAN ANTHONY LIVINGSTON, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly,

United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States

Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of

an arrest warrant against the defendant, Donovan Anthony Livingston, as a result of the Indictment

returned against him on May 15, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Seth M. Beausang
Assistant United States Attorney

Dated: May 15, 2008

**AND NOW**, this $\underline{15^{th}}$ day of _Mag_____, 2008, upon the foregoing Motion,

**IT IS ORDERED** that a warrant issue for the arrest and apprehension of Donovan Anthony

Livingston.

_____
Honorable Leonad P. Stark
United States Magistrate Judge